

IT IS SO ORDERED

*James Ware*

Judge James Ware

1
2
3
4
5
6
7
8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10          SAN JOSE DIVISION

11  ELIAZER SANCHEZ,                          NO. C 06-1584

12          Petitioner(s),              **ORDER OF DISMISSAL**

          v.
13
    ROSEANNE CAMPBELL, et al.,
14
          Respondent(s).
15  _____/

16          On February 28, 2006, petitioner filed this <u>pro</u> <u>se</u> petition for a writ of habeas corpus

17  pursuant to 28 U.S.C. § 2254.  That same day, the court sent a notification to plaintiff informing him

18  that he had neither paid the filing fee nor submitted a completed application for leave to proceed in

19  forma pauperis.  The court provided a copy of the correct in forma pauperis application, along with a

20  return envelope, and a notification that the case would be dismissed if plaintiff failed to pay the fee

21  or file the completed application within thirty days.  To date, petitioner has not paid the filing fee or

22  submitted a completed application for leave to proceed in forma pauperis.  Accordingly, this case is

23  DISMISSED without prejudice for failure to pay the filing fee.  The clerk shall close the file.

24          The Court certifies that any appeal is not taken in good faith.  28 U.S.C. § 1915(a)(3).

25  Dated:  May 16, 2006
                                          *James Ware*
                                   _____
26                                          JAMES WARE
                                   United States District Judge
27

28  Order of Dismissal
    P:\PRO-SE\SJ.Jw\HC.06\sanchez1584dis.frm

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Eliazer Sanchez
H-56498
Mule Creek State Prison
P.O. Box 40920
Ione, CA 95640

**Dated: May 16, 2006**                    **Richard W. Wieking, Clerk**

**By:   /s/JW Chambers                    **
       **Melissa Peralta**
       **Courtroom Deputy**

Order of Dismissal
P:\PRO-SE\SJ.Jw\HC.06\sanchez1584dis.frm

**United States District Court**
For the Northern District of California